Wesley F. Harward (15623)
wharward@foley.com
FOLEY & LARDNER LLP
95 South State Street, Suite 2500
Salt Lake City, UT 84111
Telephone: 801.401.8900

*Attorneys for North Atlantic Imports, LLC*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| NORTH ATLANTIC IMPORTS, LLC, a Utah limited liability company, | **COMPLAINT** |
| Plaintiff, | |
| v. | Case No. _____ |
| GRIDDLE MASTERS ehf, an Icelandic company, and GRIDDLE MASTERS EUROPE ApS, a Danish company, | Judge _____ |
| Defendants. | |

Plaintiff North Atlantic Imports, LLC ("Blackstone") through its undersigned counsel, respectfully states as follows for its Complaint against Defendants Griddle Masters ehf, and Griddle Masters Europe ApS (jointly, "Griddle Masters"):

## THE PARTIES

1. Blackstone is a Utah limited liability company with a principal place of business in Logan, Utah. Blackstone's sole member is a Delaware corporation with a principal place of business in Utah.

2. Griddle Masters ehf is an Icelandic company with a principal place of business in Reykjavik, Iceland.

3. Upon information and belief, Griddle Masters Europe ApS is a subsidiary of Griddle Masters ehf and is incorporated in Denmark with a principal place of business in Hellebaek, Denmark.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs.

5. Venue is proper in this district pursuant to 28 U.S.C. § 1391 because, as described below, the parties consented to jurisdiction and forum of this Court in the operative agreement.

6. The Court has personal jurisdiction over the parties because, as described below, they consented to the jurisdiction of this Court in the operative agreement.

## BACKGROUND FACTS

7. Blackstone was founded in 2008 with the stated intention to expand outdoor cooking beyond grills. Blackstone's products are sold in throughout the world and available, for example, at www.blackstoneproducts.com and in retail stores throughout the globe.

8. Since its founding, Blackstone has developed a passionate customer base, with over 1.4 million social media followers (on Instagram, YouTube, TikTok, etc.) and nearly three million members of Blackstone-related Facebook user groups who post thousands of photos of themselves using Blackstone's products.

9. Blackstone's current outdoor cooking products include pizza ovens, griddles, outdoor kitchen furniture, and cooking accessories.

10. On or around July 19, 2022, Blackstone entered into a Distribution and Sales Agreement with Griddle Masters (the "Agreement"). A copy of the Agreement is attached as **Exhibit A**.

11. The Agreement is governed by Utah law and provides that any action related to the Agreement be filed in a Utah court.

12. Pursuant to the Agreement, Griddle Masters was an authorized distributor of certain Blackstone products in the territories identified in Schedule 3 of the Agreement.

13. Griddle Masters would purchase inventory from Blackstone and resell that inventory to retail customers within the designated territories.

14. As set forth in the Agreement, Griddle Masters would place orders for Blackstone goods, Blackstone would ship those goods, and then Blackstone would invoice Griddle Masters.

15. Beginning in approximately October 2023, Griddle Masters began failing to pay the invoices for products it purchased pursuant to the Agreement.

16. To date, the outstanding balance of the unpaid invoices totals $661,983.69 (the "Invoices").

17. On April 14, 2024, Blackstone sent a Notice of Nonpayment to Griddle Masters pursuant to Section 9.03 of the Agreement. Blackstone demanded that Griddle Masters cure its default within 10 days.

18. Griddle Masters has not made any payment on the Invoices.

19. On May 3, 2024, Blackstone sent a Notice of Termination to Griddle Masters pursuant to Section 9.03 of the Agreement.

20. Under the termination provision of the Agreement, Griddle Masters was obligated to take certain actions. This included, for example, that Griddle Masters "cease to represent itself as Blackstone's authorized distributor" and return to Blackstone all confidential information.

21. Similarly, Griddle Masters was required to immediately transfer control of any websites to Blackstone.

22. Griddle Masters has not complied with these requirements.

## CLAIM FOR RELIEF: BREACH OF CONTRACT

23. Blackstone incorporates by reference the allegations set forth in the previous paragraphs as if fully set forth herein.

24. The Agreement is a valid, enforceable contract.

25. Under the terms of the Agreement, Griddle Masters placed purchase orders for certain goods to Blackstone.

26. Blackstone fulfilled those purchase orders by shipping product to Griddle Masters.

27. Blackstone fully performed its obligations under the Agreement.

28. Beginning in October 2023, Griddle Masters failed to pay the Invoices. Griddle Masters' conduct constitutes a material breach of the Agreement.

29. Furthermore, Griddle Masters breached the agreement by failing to comply with the post-termination provisions of the Agreement.

30. As described above, Griddle Masters remains in breach of the Agreement.

31. As a direct and proximate result of Griddle Masters' breaches of contract, Blackstone has been damaged in an amount to be determined at trial, but not less than $661.983.96.

## PRAYER FOR RELIEF

WHEREFORE, Blackstone prays for judgment in its favor and against Griddle Masters as follows:

A. For actual damages in the amount of $661,983.96;

B. For costs and reasonable attorneys' fees to the fullest extent allowed by law;

C. For pre- and post-judgment interest;

D. For an order of specific performance regarding the post-termination provisions of the Agreement; and

E. For further relief as this Court deems just and proper.

DATED: June 4, 2024                                           FOLEY & LARDNER LLP

*/s/ Wesley F. Harward*
Wesley F. Harward

*Attorneys for Plaintiff North Atlantic Imports, LLC*

5

4875-4579-4497.2